

# NUMBER 13-14-00423-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GREATER MCALLEN STAR PROPERTIES, INC., MARILYN HARDISON, JASEN HARDISON, AND CHRISTOPH MORRIS

## On Petition for Writ of Mandamus and Emergency Motion to Stay District Court Proceedings.

## ORDER

**Before Chief Justice Valdez and Justices Perkes and Longoria**
**Order Per Curiam**

Relators, Greater McAllen Star Properties, Inc., Marilyn Hardison, Jasen Hardison, and Christoph Morris, filed a petition for writ of mandamus and emergency motion to stay district court proceedings in the above cause on July 28, 2014. Through two issues, relators seek to set aside an order compelling discovery. Specifically, relators contend: (1) the trial court abused its discretion by compelling relators to respond to discovery while refusing to hear relators' motion for summary judgment attempting to dispose of claims that are groundless "on their face;" and (2) the real party in interest, Nicole Morris, must

"re-propound" discovery which she sent before complying with Texas Rule of Civil Procedure 47. *See* TEX. R. CIV. P. 47 (providing that a party whose petition fails to specify the range of monetary relief sought "may not conduct discovery until the party's pleading is amended to comply").

The Court, having examined and fully considered the emergency motion to stay, is of the opinion that said motion should be granted. The emergency motion to stay district court proceedings is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Nicole Morris, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of July, 2014.

2